

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-18-00157-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**100 CENTURY OAKS, LTD**.,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17872
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

This is an accelerated appeal from the trial court's order denying appellant's plea to the jurisdiction. Appellant timely filed its notice of appeal on March 14, 2018. Accordingly, the reporter's record was due ten days later on March 26, 2018. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record has not been filed. On March 28, 2018, the court reporter filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See id.* R. 34.6(b), 35.3(b).

We therefore ordered appellant to provide written proof to this court on or before April 9, 2018 that either: (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee; or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). On April 2, 2018, appellant filed a response to our order. In its response, appellant provided proof of payment to court reporter Maria E. "Mary Helen" Vargas. Accordingly, we **ORDER** court reporter Maria E. "Mary Helen" Vargas to file the reporter's record in this court **on or before April 16, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.



KEITH E. HOTTLE,
Clerk of Court